Slip. Op. 01-123

# UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: Judge Judith M. Barzilay**

| | |
|---|---|
| _____ | **x** |
| KRUPP THYSSEN NIROSTA GMBH and | **:** |
| KRUPP HOESCH STEEL PRODUCTS, INC. | |
| Plaintiffs, | **:** |
| | Court No. 99-08-00550 |
| v. | **:** |
| | |
| UNITED STATES, | **:** |
| Defendant | |
| | **:** |
| and | |
| | **:** |
| ALLEGHENY LUDLUM CORP., *ET AL.*, | |
| Defendant-Intervenors. | **:** |
| _____ | **x** |

## JUDGMENT

Upon consideration of Plaintiffs' motion for judgment upon the agency record, Defendant's memorandum in partial opposition to the motion, and other relevant papers, it is hereby

ORDERED that judgment is entered sustaining the Department of Commerce's *Results of Redetermination Pursuant to Second Court Remand*, filed with the court on September 14, 2001, in *Final Determination of Sales at Less than Fair Value; Stainless Steel Sheet and Strip in Coils from Germany*, 64 Fed. Reg. 30710 (June 8, 1999), as amended, 64 Fed. Reg. 40557 (July 27, 1999), and modified by *Remand Determination in Stainless Steel Sheet and Strip in Coils from Germany,* (October 30, 2000) and, it is further

ORDERED that Defendant shall publish notice of the *Results of Redetermination Pursuant to Second Court Remand* in the *Federal Register* within ten (10) days of the date of this Order; and it is further

ORDERED that any change in the deposit rate must await a final court decision adjudicating the legality of the challenged determination.


Dated: _____                          _____
      New York, NY                                          Judith M. Barzilay
                                                Judge